932 F.2d 959
 Donophan (Bruce Louis), Riley (James), Bowman (Hal), Andrews
(David), Welsh (Edwin, Jr.)
v.
Sullivan (John, Commissioner), Redman (Walter), Gulledge
(Thomas), Caulk (Rodney), Ewing (John), Shockley (Richard),
Dixon (Floyd), Bankus (Michael), Person (David), Burris
(Elizabeth), Ferguson (Mail Room Off.), Bartsch (John),
Hilts (Edna), Hobler (Bruce), Wolfson (Bob), Russemm
(Norris), Shieker (Bruce), Hall (Charles), Spencer
(Alexander), Colburn (Pop), Segars (Clyde), Bourne
 NO. 89-3740
 United States Court of Appeals,
Third Circuit.
 APR 15, 1991
 
 Appeal From: D.Del.,
 Farnan, J.
 
 
 1
 APPEAL DISMISSED.